IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HOLLY WOOD, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No.  2:04cv509-WHA |
| | ) | |
| RICHARD ALLEN, Commissioner of the | ) | (WO) |
| Alabama Department of Corrections, | ) | |
| TROY KING, Attorney General | ) | |
| for the State of Alabama, | ) | |
| | ) | |
| Respondents. | ) | |

### **ORDER**

This cause is before the court on the Judgment, issued as mandate by the Eleventh Circuit Court of Appeals on November 24, 2008, which affirms this court's November 20, 2006 Order denying Wood's *Atkins* and *Batson* claims, but reverses the grant of the writ of habeas corpus based on ineffective assistance of counsel, and remands the case to this court with instructions to deny Wood's § 2254 petition.

Accordingly, it is hereby ORDERED that Wood's 28 U.S.C. § 2254 petition for writ of habeas corpus is DENIED.

DONE this 1st day of December, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE